This is to advise that on March 19, 2010

Judge Delissa A. Ridgway

Issued a CONFIDENTIAL Slip Opinion 10-28

In action

07-00133

UNITED STATES STEEL CORPORATION,
(Plaintiff)

v.

UNITED STATES
(Defendant)

And

POHANG IRON & STEEL COMPANY, LTD., And
POHANG COATED STEEL COMPANY, LTD.
(Defendant-Intervenors)

A PUBLIC VERSION WILL BE FORWARDED TO YOU
WHEN MADE AVAILABLE